**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:09cr76-MHT** |
| | ) | **(WO)** |
| **FAUST ORTIZ-FLORES,** | ) | |
| **a.k.a. Fausto Ortiz-Flores,** | ) | |
| **a.k.a. Jose Luis Gonzales** | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 15, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. #22), forfeiting the following property to the United States: a Smith & Wesson handgun, with an obliterated serial number.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Faust Ortiz-Flores has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(5)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion for a final order of forfeiture (doc. no. 31) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c): **a Smith & Wesson handgun, with an obliterated serial number.**

2.	All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.	The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.	The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 13th day of October, 2009.

	/s/   Myron H. Thompson	
UNITED STATES DISTRICT JUDGE